**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DENNIS BLACK**, *et al.*, ) | No. 2:09-cv-13616-AJT-MKM |
| ) | |
| ) | **EXHIBITS TO THE RENEWED** |
| **Plaintiffs,** ) | **MOTION TO DISMISS OF** |
| ) | **DEFENDANTS U.S. DEPARTMENT OF** |
| **v.** ) | **THE TREASURY, PRESIDENTIAL** |
| ) | **TASK FORCE ON THE AUTO** |
| **PENSION BENEFIT GUARANTY** ) | **INDUSTRY, TIMOTHY F. GEITHNER,** |
| **CORPORATION**, *et al.*, ) | **STEVEN L. RATTNER, AND RON A.** |
| ) | **BLOOM** |
| **Defendants.** ) | |
| ) | |

**EXHIBIT INDEX**

I.    **Exhibits Filed With the Motion of Defendants U.S. Department of the Treasury, Presidential Task Force on the Auto Industry, Timothy F. Geithner, Steven L. Rattner, and Ron A. Bloom to Dismiss or, in the Alternative, for Summary Judgment (ECF No. 120)**

Ex. A        GM Media, *GM Statement Regarding Delphi Pensions*, 2009-07-21 (ECF No. 120-2) (copied from ECF No. 48-9)

Ex. B        Gen. Motors Corp., Rep. on Form 8-K (Oct. 8, 2005) (ECF No. 120-3)

Ex. C        Mem. House to Schneider (Apr. 17, 2009) (ECF No. 120-4) (copied from ECF No. 49-9)

Ex. E        *Delphi Corp. Files Voluntary Chapter 11 Business Reorganization Cases to Execute Transformation Plan and Address Legacy Issues and High-Cost Structure in the U.S.*, Delphi News Rel. (Oct. 8, 2005) (ECF No. 120-5)

Ex. F        Congressional Oversight Panel*, September Oversight Report: The Use of TARP Funds in the Support and Reorganization of the Domestic Automotive Industry* (Sept. 9, 2009) (ECF Nos. 120-6 & 120-7)

Ex. G        *Geithner, Summers Convene Official Designees to Presidential Task Force on the Auto Industry*, Treas. Press Rel. tg36 (Feb. 20, 2009) (ECF No. 120-8)

Ex. H        *Statement From Treasury Secretary Geithner on the Presidential Task Force on the Auto Industry*, Treas. Press. Rel. TG-207 (July 13, 2009) (ECF No. 120-9)

Ex. I        *Ron Bloom, Senior Advisor at the U.S. Treasury Department[,] Statement Before the Congressional Oversight Panel Regarding Treasury's Automotive Industry Financing Program (AIFP)*, Treas. Press. Rel. TG-236 (July 27, 2009) (ECF No. 120-10)

Ex. K        *Written Testimony of Herbert M. Allison, Jr., Assistant Secretary for Financial Stability, Domestic Policy Subcommittee of the Oversight and Government Reform Committee, December 17, 2009*, Treas. Press Rel. (Dec. 17, 2009) (ECF No. 120-12)

Ex. N        Export Development Canada, *Introduction to Corporate Information*, http://www.edc.ca/english/corporate.htm (accessed Dec. 8, 2009) (ECF No. 120-15)

Ex. P        *In re Delphi Corp.*, No. 05-44481 (RDD) (Bankr. S.D.N.Y.), Not. Filing of Settlement Agreement Betw. Delphi Corp. and the Pension Benefit Guarantee Corp. (July 21, 2009) (ECF No. 120-17)

Ex. Q        DPH Holdings Corp., Notice (Undated) (ECF No. 120-18)

II.    **Exhibits Filed With the Renewed Motion to Dismiss of Defendants U.S. Department of the Treasury, Presidential Task Force on the Auto Industry, Timothy F. Geithner, Steven L. Rattner, and Ron A. Bloom**

Ex. T        Government Accountability Office, *Troubled Asset Relief Program: Automaker Pension Funding and Multiple Federal Roles Pose Challenges for the Future*, GAO-10-492 (Apr. 2010) (copied from ECF Nos 138-5 & 138-6)

Ex. U        UAW-Delphi-GM Memorandum of Understanding; Delphi Restructuring (June 22, 2007)

Ex. V        *Treasury Department Releases Text of Letter From Secretary Geithner to Hill Leadership on Administration's Exit Strategy for TARP*, Treas. Press. Rel. TG-433 (Dec. 9, 2009)

Ex. W        Office of the Special Inspector General for the Troubled Asset Relief Program, *Factors Affecting the Decisions of General Motors and Chrysler*

*to Reduce Their Dealership Networks*,SIGTARP-10-008 (July 19, 2009) (copied from ECF No. 138-4)

Ex. X  Master Sale and Purchase Agreement by and Among General Motors Corp., Saturn LLC, Saturn Distribution Corp., & Chevrolet - Saturn of Harlem, Inc., as Sellers, and Vehicle Acquisition Holdings LLC, as Purchaser, Dated As of June 1, 2009

Ex. Y  *In re Delphi Corp.*, No. 05-44481 (RDD) (Bankr. S.D.N.Y.), Objection to Debtors' Proposed Modifications to Debtors' First Amended Plan of Reorganization (as Modified)

Ex. Z  Gen. Motors Co., Rep. on Form 8-K (Sept. 17, 2009)

Ex. 2A  *In re Motors Liquid'n Co.*, No. 09-50026 (REG) (Bankr. S.D.N.Y.), Order Pursuant to Sections 363(b) and 105 of the Bankruptcy Code and Bankruptcy Rule 9019(a) Approving Settlement Agreement With Certain Labor Unions (Nov. 12, 2009)

Ex. 2B  Chrissie Thompson*, What GM's IPO Means to Detroit*, Det. Free Press (Nov. 18, 2010).

Ex. 2C  T*reasury Announces Pricing of Public Offering of General Motors Common Stock*, Treas. Press. Rel. TG-959 (Nov. 17, 2010)

Ex. 2D  *General Motors Announces Underwriters' Exercise of Over-Allotment Options*, GM Press Rel. (Nov. 26, 2010)