Attachment A-1

# Grand Rapids Major Program Share

| Major Program | % of Business | Remarks | |
|---|---|---|---|
| Gen V OHV (5X) - Cylinder Deac - Lifter Guide Assembly | 50% | Engine Driven; V8 Application | |
| Gen V OHC (6.2) - Cylinder Deac - Standard Lash Adjuster | 100% | Engine Driven; V8 Application | |
| Gen V OHC (6.2) - Cylinder Deac - Deac Lash Adjuster | 100% | Engine Driven; V8 Application | |
| 4.5 HO V8 Diesel 12mm HLA | 100% | Engine Driven; New Engine - Jan 2010 | |



Attachment A-1

# Grand Rapids Product Plan

| GM-Delphi Proposal | | | | | |
|---|---|---|---|---|---|
| **Current Business** | 2008 | 2009 | 2010 | 2011 | 2012 |
| HFV6 Cam Phaser | | | | | 2013 |
| 12mm Lash Adjusters | | | | | 2013 |
| Valve Lifters | | | | | |
| Gen IV Cylinder Deactivation | | | | | |
| Line Engine (L4; L5; L6) Cam Phasers | | | | | |

**New Product Program Awards**

| | | | | | |
|---|---|---|---|---|---|
| Gen V Cylinder Deactivation (6.2 DOHC & 5X OHV) | | | | | 2015 |
| Gen V Lash Adjusters (6.2 DOHC) | | | | | 2015 |
| *Gen V Cam Phasing | | | | | |
| 4.5 HO V8 Diesel 12mm Lash Adjuster | | | | | 2015 |

*Not awarded due to technical capability

Attachment A-1

# Revenue – Headcount Projection – Rochester



| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Average Headcount (Brown Line Rev) | 1,185 | 1,025 | 909 | 863 | 824 | 555 |
| Average Headcount (Green Line Rev) | 1,185 | 1,025 | 925 | 880 | 922 | TBD |

**DELPHI**

Attachment A-1

# GM Major Products Pipeline – Rochester

| CY | $ Millions Revenue | | | | | |
|---|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| **Brown Line** (Booked + Contract Extensions) | 583.0 | 516.0 | 454.0 | 387.0 | 343.0 | 231.0 |

**New Product Program Awards**

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Gen V OHV (5X) Application of SIDI – Rail / Injectors Only | | | | | 38.3 | 115.4 |
| Gen V MPFI – Fuel System (Rail, Injectors) | | | | | 8.7 | 20.4 |
| Gen V MPFI – Intake Manifold | | | | | 7.2 | 16.8 |
| Gen V OHV (5X) – Lifter Oil Manifold Assembly (LOMA) | | | | | 1.9 | 14.4 |
| Gen V OHC (6.2) – Lifter Oil Manifold Assembly (LOMA) | | | | | 3.0 | 13.5 |
| IAM – Gen V OHV (5X) Truck | | | | | 14.8 | 42.9 |
| IAM – Gen V OHC (6.2) Truck | | | | | 6.5 | 14.8 |
| Canister – GMT560 | | | | 0.5 | 1.2 | 1.2 |
| Canister – NG Sigma | | | 2.5 | 2.4 | 2.3 | 2.5 |
| Canister – GMX553/556 | | | | 0.3 | 2.1 | 2.0 |
| Canister – GMX511/521/551 | | | 5.1 | 6.8 | 6.1 | 5.6 |
| Canister – NG GMT355; GMT721/722/731/732/741/742 | | | 0.3 | 1.9 | 4.4 | 4.1 |
| **Sub Total New Programs** | | | 7.9 | 11.9 | 96.5 | 253.6 |
| **Total Site Revenue** | 583.0 | 516.0 | 461.9 | 398.9 | 439.5 | 484.6 |
| **LOST:** Gen V OHC (6.2) Application of SIDI – Rail / Injectors Only | | | | | 16.8 | 38.2 |

**Note:**
GM & Delphi have discussed & jointly agreed on the above specified new product program awards. Revenue estimates for these awards shown above are based upon volume, price, & market share data consistent with Delphi's budget/business plan.



Attachment A-1

# Rochester Major Program Share

| Major Program | % of Business | Remarks | |
|---|---|---|---|
| Gen V OHV (5X) Application of SIDI - Rail / Injectors Only | 100% | Gen V Trucks; V8 Engine Application | |
| Gen V MPFI - Fuel System (Rail, Injectors, IAM) | 100% | Gen V Trucks; Engine Driven | |
| Gen V OHV (5X) - Lifter Oil Manifold Assembly (LOMA) | 100% | Engine Driven; V8 Application | |
| Gen V OHC (6.2) - Lifter Oil Manifold Assembly (LOMA) | 100% | Engine Driven; V8 Application | |
| IAM - Gen V OHV (5X) Truck | 100% | Gen V Trucks; V8 Engine Application | |
| IAM - Gen V OHC (6.2) Truck | 100% | Gen V Trucks; V8 Engine Application | |



Attachment A-1

# Rochester Product Plan

| GM-Delphi Proposal | | | | | | |
|---|---|---|---|---|---|---|
| **Current Business** | | **2008** | **2009** | **2010** | **2011** | **2012** |
| Canister - GMT345/355 | | | | | | |
| | - GMT360/560 | | | | | | |
| | - GMT610/9XX | | | | | | |
| | - GMX222/295 | | | | | | |
| EGR Valves | | | | | | |
| Fuel Rails | - HVV6 (3.5/3.9L) | | | | | 2013 |
| | - L850 (2.2L) | | | | | |
| | - L4 (2.8L); L5 (3.5L); L6 (4.2L) | | | | | |
| | - 3800V6, 8.1V8 (3.8L/8.1L) | | | | | |
| IAFM | - GEN IV | | | | | |
| | - 4.3L | | | | | |
| Intake Manifold (3.8L) | | | | | | |
| Gen IV LOMA | | | | | | |

**New Product Program Awards**

| | |
|---|---|
| Gen V IAM - SIDI Truck (5X OHV & 6.2 DOHC) | 2015 |
| Gen V Rails; Injectors - SIDI 5X OHV | 2015 |
| Gen V MPFI (Intake Manifold; Rails; Injectors) | 2015 |
| Canister - NG Sigma/Zeta/GMT7XX/GMT560 | 2015 |
| Gen V LOMA (5X OHV & 6.2 DOHC) | 2015 |

Note: As of this writing, Fuel Cell products are not fully developed and associated costs and market prices are not well defined. In that regard, Delphi will commit the North American work to the Rochester Site with the understanding that the local parties will develop, as soon as feasible, a manufacturing plan that financially supports the production and assembly work being placed at the Site. If any disputes arise between the local parties concerning the plan, either party may request assistance from the National Parties.

GM  GM Confidential

## Attachment A-1

# Revenue – Headcount Projection – Lockport



| | CY 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Average Headcount (Brown Line Rev) | 1,506 | 1,279 | 973 | 899 | 888 | 553 |
| Average Headcount (Green Line Rev) | 1,506 | 1,289 | 1,024 | 1,012 | 1,120 | TBD |

DELPHI

Attachment A-1

# GM Major Products Pipeline – Lockport

$ Millions Revenue

| CY | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Brown Line (Booked) | 753.0 | 684.0 | 525.0 | 465.0 | 457.0 | 285.0 |
| **New Product Program Awards** | | | | | | |
| C3XX Pick-up PTC | | | | | | 42.2 |
| C3XX Utility PTC | | | | | 16.7 | 31.4 |
| C3XX Pick-up HVAC | | | | | | 56.5 |
| C3XX Utility HVAC | | | | | 22.4 | 42.0 |
| GMX245 HVAC | | | | 1.7 | | |
| GMX245 PTC | | | | 1.7 | | |
| GMT560 HVAC | | 3.9 | 8.2 | 7.5 | 7.9 | 7.8 |
| GMT560 PTC | | 1.3 | 2.8 | 2.5 | 2.7 | 2.7 |
| GMT610 HVAC | | | 8.7 | 19.3 | 18.4 | 17.1 |
| GMT610 PTC | | | 7.5 | 16.5 | 15.7 | 14.7 |
| GMT913/915 - H2 NG HVAC | | | 0.9 | 1.7 | 1.8 | 0.7 |
| GMT913/915 - H2 NG PTC | | | 0.8 | 1.4 | 1.6 | 0.6 |
| GMX711/721/731 Corvette NG HVAC | | | | | 3.4 | 3.8 |
| GMX711/721/731 Corvette NG PTC | | | | | 3.3 | 3.6 |
| GMX716 NG XLR HVAC | | | | 0.1 | 0.2 | 0.6 |
| GMX716 NG XLR PTC | | | | 0.1 | 0.2 | 0.6 |
| GMX553/Lucerne PTC | | | | 5.1 | 10.0 | 8.9 |
| GMX556/ DTS PTC | | | | 2.3 | 7.9 | 7.1 |
| GMX553/Lucerne HVAC | | | | 4.6 | 8.9 | 7.8 |
| GMX556/ DTS HVAC | | | | 2.3 | 7.9 | 7.2 |
| GMT9XX Diesel & Gas RAD/CAC | | 0.0 | 0.0 | 0.0 | 29.4 | 29.4 |
| **Sub Total New Programs** | | 5.2 | 28.9 | 66.9 | 158.4 | 284.7 |
| **Total Site Revenue** | 753.0 | 689.2 | 553.9 | 531.9 | 615.4 | 569.7 |

Contract Extensions

**Note:**
GM & Delphi have discussed & jointly agreed on the above specified new product program awards.  Revenue estimates for these awards shown above are based upon volume, price, & market share data consistent with Delphi's budget/business plan.

DELPHI

Attachment A-1

# Lockport Major Program Share

| Major Program | % of Business | Remarks |
|---|---|---|
| C3XX Pick-up PTC | 100% | 71% Lockport; 29% Mexico - Same As Today (Mexico Supports Silao Assembly Plant) |
| C3XX Utility PTC | 100% | 71% Lockport; 29% Mexico - Same As Today (Mexico Supports Silao & Arlington Assembly Plants) |
| C3XX Pick-up HVAC | 80% | 82% Lockport; 18% Mexico - Same As Today (Mexico Supports Silao Assembly Plant) |
| C3XX Utility HVAC Front | 100% | 78% Lockport; 22% Mexico - Same As Today (Mexico Supports Silao Assembly Plant) |
| C3XX Utility HVAC Rear | 100% | 100% Lockport - Same As Today |

**DELPHI**

Attachment A-1

# Lockport Product Plan



| GM-Delphi Proposal | | | | | |
|---|---|---|---|---|---|
| **Current Business** | **2008** | **2009** | **2010** | **2011** | **2012** |

**HVAC/PTC**
- GMX245
- GMT360/370
- GMT560/610    2015+
- H2
- GMT900
- GMX211
- GMX215

**PT Cooling**
- Delta/Epsilon
- GMX222/272
- Epsilon 2

## New Product Program Awards

| C3XX HVAC/PTC | 2015/2016 |
| GMT913/915 H2 HVAC/PTC | 2015 |
| GMX553/556 HVAC/PTC | 2015 |
| GMX711/721/731 HVAC/PTC | 2016 |
| GMX716 XLR HVAC/PTC | 2016 |
| GMT9XX Diesel & Gas RAD/CAC | 2016 |