

<u>Attachment A-1</u>

# GM Major Products Pipeline – Kokomo

$ Millions Revenue

| CY | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Brown Line (Booked + Contract Extensions) | 666.0 | 558.2 | 543.7 | 421.9 | 381.3 | 309.9 |

**New Product Program Awards**

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Gen V V8 SIDI Eng Controller (E92) | | | | | 3.0 | 15.0 |
| TEHCM Controllers - T90 | | | | 3.3 | 14.9 | 31.7 |
| TEHCM Controllers - T76 | | | | 28.1 | 49.2 | 47.7 |
| GM BAS+ APM/BPIM Electronics [With Premium] | | | | 17.1 | 46.5 | 62.2 |
| GM BAS+ APM/BPIM System Assembly | | | | 3.8 | 10.4 | 13.8 |
| *Crash Sensing SDM | | | 0.0 | 3.3 | 15.0 | 42.8 |
| **Sub Total New Programs** | 0.0 | 0.0 | 0.0 | 55.6 | 139.0 | 213.3 |
| **Total Site Revenue** | 666.0 | 558.2 | 543.7 | 477.5 | 520.3 | 523.2 |

\* Includes: C3XX (Utility & Pick-up); GMT721/722/731/732/741/742; GMX711/721/731; GMT915; GMT745; GMX716

*Note:*
GM & Delphi have discussed & jointly agreed on the above specified new product program awards. Revenue estimates for these awards shown above are based upon volume, price, & market share data consistent with Delphi's budget/business plan.



Attachment A-1

# Kokomo Major Program Share

| Gen V V8 SIDI Eng Controller (E92) | 100% | Engine Driven; V8 Application |
|---|---|---|
| TEHCM Controllers - T76 | 40% | 6 Speed Transmission Driven; Controller Only; Various Engines |
| TEHCM Controllers - T90 | 100% | 6 Speed Transmission Driven; Controller Only; Various Engines |
| C3XX Pick-up/Utility Crash Sensing SDM | 100% | Crash Sensing SDM Portion Only |



DELPHI

Attachment A-1

# Kokomo Product Plan

## GM-Delphi Proposal

| Current Business | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|
| Gas Control Modules | | | | | → |
| ECM/BCM (From Milwaukee) | Q3 '08 | | | | |
| Transmission Control Module | | | | | |
| Crash Sensors | | | | | → |
| Pressure Sensors | | | | | |

### New Product Program Awards

| | | | | | |
|---|---|---|---|---|---|
| TEHCM - RWD (T90) | | | | | 2015 |
| TEHCM - FWD (T76) | | | | | 2015 |
| SIDI (E92 Controller) - Gen V V8 Engine | | | | | 2016 |
| Crash Sensing SDM | | | | | 2015/2016 |
| BAS+ APM/BPIM Electronics | | | | | 2016 |
| BAS+ APM/BPIM System Assembly | | | | | 2016 |

GM Confidential

17



Attachment A-1

# GM Major Products Pipeline – Sandusky

$ Millions Revenue

| CY | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Brown Line (Booked + Contract Extensions) | 282.8 | 271.2 | 117.7 | 80.5 | 64.0 | 67.5 |

**New Product Program Awards**

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Global Epsilon (NA Front & Rear) Wheel Bearings | | | 40.1 | 49.7 | 49.5 | 47.7 |
| Delta Family II (Front & Rear) Wheel Bearings | | | 43.8 | 45.4 | 56.7 | 52.7 |
| Zeta (GMX511/521/551) Front & Rear Wheel Bearings | | | 33.8 | 42.3 | 42.6 | 40.7 |
| Theta Epsilon (GMT166/168) Front & Rear Wheel Bearings | | | 3.0 | 4.6 | 4.5 | 4.1 |
| Theta (GMT172/177) Front Wheel Bearings | | | <u>3.5</u> | <u>4.3</u> | <u>4.3</u> | <u>4.3</u> |
| **Sub Total New Programs** | **0.0** | **0.0** | **124.2** | **146.3** | **157.6** | **149.5** |

| Total Site Revenue | 282.8 | 271.2 | 241.9 | 226.8 | 221.6 | 217.0 |

**Note:**
GM & Delphi have discussed & jointly agreed on the above specified new product program awards. Revenue estimates for these awards shown above are based upon volume, price, & market share data consistent with Delphi's budget/business plan.



Delphi Confidential   For Discussion Only – Subject to Fed. R. EVID. 408   19

Attachment A-1

# Sandusky Product Plan

| Current Business | 2008 | 2009 | 2010 | 2011 | 2012 | |
|---|---|---|---|---|---|---|
| GMX001 | | | | | | |
| GMT001 | | | | | | |
| GMX222 | | | | | | |
| GMX272 | | | | | | |
| GMX365 | | | | | | |
| GMX211 | | | | | | |
| GMX245 | | | | | | |
| GMX215 | | | | | | |
| GMT360 | | | | | | |
| GMT265 | | | | | | |
| GMX295 | | | | | | |
| GMX322 | | | | | | 2013 |
| GMT201 | | | | | | |
| Service | | | | | | |
| PT Roller Clutches | | | | | | |

**New Product Program Awards**

| | | | | | | |
|---|---|---|---|---|---|---|
| Delta (Family II Front & Rear) | | | | | | 2013/2014 |
| Theta (GMT172/177 Front) | | | | | | 2012/2014 |
| Global Epsilon (NA Front & Rear) | | | | | | 2013/2015 |
| Zeta (GMX511/521/551 Front & Rear) | | | | | | 2013/2014 |
| Theta Epsilon (GMT166/168 Front & Rear) | | | | | | 2014 |

GM  *GM Confidential*

20

<u>Attachment A-1</u>

# Revenue – Headcount Projection – Adrian



Attachment A-1

# GM Major Products Pipeline – Adrian

$ Millions Revenue

| CY | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| Brown Line (Booked + Contract Extensions) | 145.9 | 127.6 | 124.1 | 120.6 | 105.8 | 40.1 |

**New Product Program Award**

| | | | | | | |
|---|---|---|---|---|---|---|
| C3XX - Instrument Panel | | | | | 15.3 | 75.0 |

| Total Site Revenue | 145.9 | 127.6 | 124.1 | 120.6 | 121.1 | 115.1 |

*Note:*
GM & Delphi have discussed & jointly agreed on the above specified new product program awards. Revenue estimates for these awards shown above are based upon volume, price, & market share data consistent with Delphi's budget/business plan.

DELPHI

Delphi Confidential   For Discussion Only – Subject to Fed. R. EVID. 408   22

Attachment A-1

# Adrian Product Plan

| GM-Delphi Proposal | | | | | |
|---|---|---|---|---|---|
| **Current Business** | _2008_ | _2009_ | _2010_ | _2011_ | _2012_ |
| GMT900 Pick-up/Utility Instrument Panel | | | | | |
| Non-GM Instrument Panel | | | | | |
| GMT610 Upper Instrument Panel | | | | | 2015 → |

**New Product Program Awards**

C3XX Pick-up/Utility Instrument Panel — 2015/2016 →

GM Confidential

23

## Attachment A-1 Saginaw Steering Product Plan (1/2)

| Program Name | R&P Gear | Integral Gears | Pumps | CEPS | Columns | Half-shafts | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT345 | | | | | Tilt | | | | | | | |
| GMT355 | | | CB | | Tilt | 32 DO | | | | | | |
| GMT360 | Base | | CB | | Tilt | 32 TP | | | | | | |
| GMT530 | | X | | | X | | | | | | | |
| GMT560 | | | | | X | | | | | | | → 2015 |
| GMT610 | Base | 680 | P | | | | | | | | | → 2015 |
| GMT610 | | | | | Tilt | | | | | | | → 2015 |
| GMT900 | Base | 680 | P | | Tilt | 37 / 60 TP | | | | | | |
| H2 | | 680 | P | | Tilt | 60 TP | | | | | | |
| Epsilon | Manual | | | X | | 27 / 32TP | | | | | | |
| Epsilon | Base | | CB | | R&T | 27 / 32TP | | | | | | |
| GMT201 | Base | | CB | | | 32 TG | | | | | | |
| GMT265 | | | | | X | | | | | | | |
| GMT319 | | | CB | | | | | | | | | |
| GMX001 | | | | | | 27TP | | | | | | |
| GMX211 | Base | | CB | | Tilt | 27 / 32 TP | | | | | | |
| GMX215 | Magnasteer | | | | Tilt: Pwr | | | | | | | |
| GMX222 | Base / Mag-E | | CB | | Tilt: Base/Pwr | 27 TP/32 UTJ | | | | | | |
| GMX231 | Base | | CB | | Tilt | 27 / 32 TP | | | | | | |
| GMX245 | Magnasteer | | F | | Tilt | | | | | | | |
| GMX272 | Mag-E | | CB | | Tilt: Pwr | 32 UTJ | | | | | | |
| GMX295 | | | | | Tilt: Pwr | | | | | | | |
| GMX320 | | | | | X | X | | | | | | |
| GMX365 | Base / Mag | | CB | | Tilt | 27 / 32 TP | | | | | | |
| GMX367 | Magnasteer | | CB | | Tilt | 27 / 32 TP | | | | | | |
| S-Car | Manual | | | | | | | | | | | |
| S-Car | | | | | X | | | | | | | |

GM Confidential

24